JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
38 CORPORATE PARK, SUITE D
IRVINE, CA 92714
714-474-2055

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA　　　　　　Court No. 91 A 10873

　　　　　Plaintiff,　　　　　　CONSENT JUDGMENT

v.

DAVID C. BAUCOM

　　　　　Defendant(s).
_____/

Plaintiff, United States of America, having filed its Complaint herein, and the defendant(s), having consented to the making and entry of this Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto (28 U.S.C. Section 1345). The Complaint filed herein states a claim upon which relief can be granted.

2. The defendant(s) hereby acknowledge(s) and accept(s) service of the Complaint filed herein.

3. The defendant(s) hereby agree(s) to the entry of Judgment in the principal amount of $2,500.00, plus interest accrued to 08/12/92 in the sum of $800.79; with interest accruing thereafter at $.48 per day until entry of judgment; plus $0 administrative charges; $0 as costs and $0 in attorney fees.

4. Defendant(s) will make MONTHLY payments to plaintiff in the amount of $25.00, beginning 08/17/92, and at the same time thereafter until the debt is paid in full.

5. For purposes of evaluation and possible modification, the defendant(s) will provide plaintiff a copy of his/her/their Federal Income Tax return(s) 1 (including all attachments) or other evidence of total annual income, and completed Financial Statement(s) provided by plaintiff, two (2) month prior to the first anniversary date of the judgment, and at the same time each year thereafter, until this debt is liquidated.

7. Under no circumstances, will the monthly payment rate be lower than $50.00.

8. Should defendant(s) become 30 days or more delinquent in MONTHLY payments, in accordance with this consent judgment, plaintiff will enforce this judgment in accordance with the California Code of Civil Procedure.

9. Lien(s) will be recorded with the applicable County Recorder(s) wherein defendant(s) reside(s) or own(s) real property and that defendant(s) shall bear the costs of this(these) transaction(s).

10. When the amount of the consent judgment is liquidated, plaintiff shall prepare and file with the Clerk of the Court a Satisfaction of Judgment and provide defendant(s) Release(s) of Lien Under Abstract of Judgment for defendant(s) to record with the applicable County Recorder(s).

11. This consent judgment will accrue interest at the legal rate from the date of entry until satisfied.

JEFFRIES ADVOCATES

COUNTESS P. JEFFRIES
ATTORNEY FOR THE PLAINTIFF

_(Defendant's Signature)_

10970 MAHOGANY CT. ALTA LOMA CA. 91737
(Defendant's Address)

(714) 944-7595
Defendant(s) Telephone No.

State of California

County of SAN BERNARDINO

On SEPTEMBER 08, 1992 before me, ------D. A. PEARCY----------, personally appeared DAVID A. BAUCOM-------------, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(x) whose name(x) is/are/ subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(x) on the instrument the person(x), or the entity upon behalf of which the person(x) acted, executed the instrument.

WITNESS my hand and official seal.

D. A. Pearcy
Notary Public



OFFICIAL SEAL
D. A. PEARCY
NOTARY PUBLIC CALIFORNIA
PRINCIPAL OFFICE IN
SAN BERNARDINO COUNTY
My Commission Expires JUN 13, 1994

Dated:

SEP 2 1 1992

LEONARD A. BROSNAN, CLERK
United States District Court
Assistant United States Attorney

By: _____
Deputy Clerk